JOSEPH CAMPAU
v.
JOHN R. WILLIAMS

1809

JOURNAL ENTRIES

1. Declaration filed . . . . . . . . . *Journal, infra,* \*p. 212
2. Service acknowledged; declaration filed; plea, etc. . . " 240
3. Jurors . . . . . . . . . . . . . . " 303
4. Evidence and arguments heard . . . . . . . " 304
5. Witness fees ordered paid . . . . . . . " 305
6. Verdict . . . . . . . . . . . . . " 306
7. Motion for new trial made . . . . . . . " 308
8. Reasons filed . . . . . . . . . . . " 314
9. Witness fees ordered paid . . . . . . . " 316
10. Motion for new trial overruled . . . . . . " 331

## PAPERS IN FILE

1. Capias and return . . . . . . . . . . .
2. Subpoena for Dennis Campau, Barnabé Campau, James Rough and John Connelly . . . . . . . .
3. Subpoena for Francis P. Malcher, Philip Lécuyer, Jean Baptiste Piquette, Francis Pitre or Archibald Lyons . . . . .
4. Subpoena for James McGregor . . . . . . . . .
5. Subpoena for Jean Baptiste Piquette, Henry Berthelet and James Abbott . . . . . . . . . . .
6. Declaration; plea of non assumpsit; verdict . . . . . . .
7. Subpoena for Francis Paul Malcher and Jean Baptiste Piquette . . . . . . . . . . . . .
8. Subpoena for Dennis Campau, Barnabé Campau, James Rough and John Connelly . . . . . . . .
9. Statement of interest due (1802–1810) . . . . . . . . .
10. Statement of accounts (1802–1810) . . . . . . . .
11. Statement of accounts (1800–1804) . . . . . . . .